NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CANDIANCE MARIA WILSON-WELLS,**
*Petitioner*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent*

---

2024-1596

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-22-0609-I-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of Candiance Maria Wilson-Wells's failure to file her Statement Concerning Discrimination, Fed. Cir. R. 15(c); and docketing fee or a motion for leave to proceed in forma pauperis, Fed. Cir. R. 52, and the court's April 17, 2024, notice that these materials were overdue,

IT IS ORDERED THAT:

2　　　　　　　　　　　　　　　　　　　WILSON-WELLS v. SSA

(1)　The appeal is dismissed for failure to prosecute in accordance with Federal Circuit Rules 15(c)(3), 25(h), and 52(e).

(2)　All pending motions are denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 16, 2024
Date